AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ROBERT CSECH,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:  **3:13-cv-00392-RCJ-WGC**

KAREN GEDNEY, *et al.*,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

July 9, 2014      **LANCE S. WILSON**
    Clerk

    /s/ J. Cotter
    Deputy Clerk